IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NICHOLE WHICKER,<br><br>       Plaintiff<br><br>    VS.<br><br>MICHAEL J. ASTRUE,<br>S.S. Commissioner,<br><br>       Defendant | NO. 5:07-CV-323 (HL)<br><br>**SOCIAL SECURITY APPEAL** |

# RECOMMENDATION

In an Order dated August 23, 2007, the undersigned directed plaintiff NICHOLE WHICKER to resubmit her motion to proceed *in forma pauperis* and her Complaint. Tab #4. The August 23rd Order afforded the plaintiff until September 21, 2007, in order to comply. A review of the docket herein reveals that plaintiff has failed to respond to the court's order. Accordingly, IT IS RECOMMENDED that the plaintiff's action be **DISMISSED** *with prejudice* for failure to comply with a court order and/or failure to prosecute her action.

Pursuant to 28 U.S.C. § 636(b)(1), plaintiff Whicker may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned, **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 2nd day of MAY, 2008.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE