IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | : | |
|---|---|---|
| **NICHOLE WHICKER,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | CASE NO. 5:07-CV-323 (HL) |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Defendant** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 5) filed May 2, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by any parties within the time allowed.

**SO ORDERED,** this the 20th day of August, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**